1  TYLER & BURSCH, LLP
   Nada N. Higuera (SBN 299819)
2  *nhiguera@tylerbursch.com*
3  25026 Las Brisas Road
   Murrieta, California 92562
4  Telephone: (951) 600-2733
   Facsimile: (951) 600-4996
5
6  Attorneys for Plaintiff **Linda Pulver**
7
8             UNITED STATES DISTRICT COURT
9     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10 | LINDA PULVER,                              | Case No.: 2:21-CV-08118-SVW (SKx)
11 |         Plaintiff,                         | **REQUEST FOR TELEPHONIC OR ZOOM APPEARANCE**
12 |     v.                                     |
13 | RAINCHAINS.COM; GARM BEALL,                | Date:    January 3, 2022
14 |         Defendants,                        | Time:    1:30 p.m.
                                                  Crtroom: 10A
15

16     Plaintiff's counsel Nada Higuera hereby requests permission from the Court to
17 appear remotely for the hearing on January 3, 2022, at 1:30 p.m., on the Motion to
18 Withdraw as Counsel. Plaintiff's counsel requests to appear either telephonically or
19 via Zoom, at the Court's discretion.
20     This request is based on travel and time burden on attending the hearing. Nada
21 Higuera will have to commute over 80 miles from Murrieta (Riverside County) to Los
22 Angeles to attend in-person. The hearing is also set for the Monday after a holiday
23 weekend, which may also result in extensive traffic.
24     In addition, this request is based on the current recommendations from public
25 health officials that individuals limit non-essential exposure to others on account of the
26 COVID-19 virus and specifically, the highly contagious omicron variant of COVID-19.
27     Therefore, Nada Higuera respectfully requests the Court grant this request for
28 telephonic or Zoom appearance.

1
REQUEST FOR TELEPHONIC OR ZOOM APPEARANCE

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: December 21, 2021 | TYLER & BURSCH, LLP |
| 3 | | |
| 4 | | By: /s/ Nada N. Higuera<br>Nada N. Higuera, Esq.<br>Attorneys for Plaintiff **Linda Pulver** |

2

REQUEST FOR TELEPHONIC OR ZOOM APPEARANCE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2021, I electronically filed **REQUEST FOR TELEPHONIC OR ZOOM APPEARANCE** with the Clerk of the Court by using the CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on December 21, 2021, at Murrieta, California.

/s/ Nada N. Higuera
Nada N. Higuera