**LightGabler**
By: Angela V. Lopez (SBN 229078)
　　alopez@lightgablerlaw.com
760 Paseo Camarillo, Suite 300
Camarillo, CA 93010
(805) 248-7208
(805) 248-7209 (fax)

Attorneys for Defendants,
RAINCHAINS.COM and GARM BEALL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Linda Pulver | Case No. 2:21-cv-08118-SVW-SK |
|---|---|
| Plaintiff, | Judge: Hon. Stephen V. Wilson<br>Courtroom: 10A<br>Mag. Judge: Hon. Steve Kim<br>Complaint Date: 10/12/2021 |
| vs. | |
| RainChains.com; Garm Beall | |
| Defendants. | **REQUEST FOR TELEPHONIC OR ZOOM HEARING**<br><br>Hearing on Motion to Withdraw<br>Date: January 3, 2022<br>Time: 1:30 p.m.<br>Dept.  10A |

　　Defendants RAINCHAINS.COM AND GARM BEALL (collectively, "Defendants"), through their counsel of record, hereby request that the court allow Defendants' counsel, Angela V. Lopez, Esq., to appear telephonically or via Zoom at the hearing on counsel for Plaintiff Linda Pulver's ("Plaintiff") Motion to Withdraw as Counsel ("Motion to Withdraw), which will be heard on January 3, 2022 at 1:30 p.m. in Courtroom 10A of the above-captioned court.

　　Defendants are not the moving parties for this Motion to Withdraw, and do not oppose the relief requested by counsel for Plaintiff.  Good cause

exists for this request in order to minimize the number of in-person attendees in Courtroom 10A during the Court's law and motion calendar in light of the continuing COVID-19 pandemic and the need to limit non-essential exposure to others, and to minimize the amount of attorney's fees incurred by Defendants, who do not oppose the relief requested by Plaintiff's current counsel.

Dated:  December 22, 2021    **LightGabler LLP**

/s/ Angela V. Lopez
Angela V. Lopez
Attorneys for Defendants
RAINCHAINS.COM and GARM BEALL

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2021, a copy of the foregoing document **REQUEST FOR TELEPHONIC OR ZOOM HEARING** was filed electronically with the Clerk of the Court using the Court's CM/ECF electronic filing system, which would send an electronic copy of this filing to all counsel of record.

/s/ Adriana J. Diaz